_AO91 (Rev. 8/01)  Criminal Complaint

# United States District Court

**SOUTHERN**     **DISTRICT OF**     **TEXAS**

| UNITED STATES OF AMERICA<br>V. | **CRIMINAL COMPLAINT** |
|---|---|
| **Rosa Linda Mendoza Garza**<br>Edingburg, TX<br>United States | Case Number:    **L-11-PO8874** |
| **Maria Gloria Rodriguez**<br>McAllen, Texas<br>United States | |

(Name and Address of Defendants)

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **December 9, 2011** in **Hebbronville, Texas** **Jim Hogg** County, in the **Southern** District of **Texas,** **Rosa Linda Mendoza Garza** and **Maria Gloria Rodriguez** defendant(s),

> both United States Citizens, did knowingly and willfully aid and abet the illegal entry of three undocumented Mexican aliens by transporting, directing, and attempting to assist him in furthering his entry into the United States with the use of a motor vehicle.

in violation of Title **8** United States Code, Section(s) **1325, 18 USC 2**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:
Official Title

Furthermore,

Continued on the attached sheet and made a part of this complaint:    **X** Yes    No

/S/
Signature of Complainant

**Charles Mellado**
Printed Name of Complainant

Sworn to before me and signed in my presence,

**December 12, 2011**    at    Laredo, Texas
Date                                   City and State

**Guillermo R. Garcia**
U.S. Magistrate Judge
Name and Title of Judicial Officer                    Signature of Judicial Officer

United States of America                                                                                          Page 2

    vs

Rosa Linda Mendoza Garza
Maria Gloria Rodriguez

**[CONT OF BASIS OF COMPLAINT]**

On December 09, 2011 at approximately 1500 hours, Border Patrol Agent , was assigned to the traffic checkpoint located on Farm to Market Road 1017, when a white in color Pontiac Torrent bearing Texas License plate CHH8M515 approached the checkpoint for inspection. BPA Hernandez questioned the driver, later indentified as Maria Gloria RODRIGUEZ, as to her citizenship. RODRIGUEZ stated that she was a United States citizen.  BPA Rodriguez then proceeded to ask the passenger, later identified as Rosa Linda MENDOZA-GARZA, as to her citizenship.  MENDOZA GARZA stated she was a United States citizen. BPA  then asked RODRIGUEZ for consent to look into the rear cargo area of the vehicle.  RODRIGUEZ attempted to drive off, however; the agent stopped her and again repeated his request.  At that time RODRGIUEZ gave consent to the Agent' request by stating "yes" and she proceeded to unlock the doors.  When the Agent opened the rear hatch he noticed the cargo area was covered with "cargo cover" and there was a bulky object covered by sheets protruding from the cargo area. Agent asked the person that was hiding, later identified as Dulce Maria ARROYO-Barona, to come out from underneath the sheet. Agent then asked ARROYO of what country was she was a citizen of and she replied "Mexico", Agent then asked if she had any legal documents allowing her to remain in the United States legally and she stated no she did not.  Agent continued to remove the cargo cover and noticed two more subjects, later identified as Antonina MORENO-Santiago  and Karina LOPEZ-Martinez BPA Hernandez proceeded to place RODRIGUEZ and GARZA under arrest for alien smuggling.  RODRGIUEZ and MENDOZA-GARZA were placed into a marked Border Patrol Unit and transported to the Hebbronville Border Patrol Station.

RODRIGUEZ stated that she had knowledge of the three aliens in the cargo area.  She stated she was on her way to pump gas a local gas station in McAllen, Texas, on 10th street, when she saw three people standing outside a store asking for a ride.  RODRIGUEZ offered to give them a ride to Freer, Texas.  She then told them to get into the cargo area of her vehicle and covered them up.  RODRIGUEZ further stated that she believed that all three subjects were illegally present in the United States, and that is why she had them hid in the cargo area.  RODRIGUEZ then proceeded to pick up her sister at her sisters house and travel to Freer, Texas on Farm to Market Road 1017 until she was encountered at the traffic checkpoint located on Farm to Market 1017.

MENDOZA-GARZA  stated that her and her sister, RODRIGUEZ, went to McAllen Medical Center and met with another woman.  The third woman transferred the three subjects to the cargo area of the vehicle.  MENDOZA-GARZA also acknowledged that she believed that the three subjects were illegal aliens.  MENDOZA-GARZA further stated that the three subjects were concealed in the rear cargo area of RODRIGUEZ' vehicle.  They were going to transport the undocumented aliens to Wharton, Texas

Antonina MORENO-SANTIAGO can attest to the fact that they were transported to a location and RODRIGUEZ picked her and the two other subjects' up at a parking lot in McAllen, Texas.  She further stated that she anticipated having to pay for their ride to an unknown destination.  She further stated that both females, RODRIGUEZ and MENDOZA-GARZA, were present when she got into the vehicle.

Karina LOPEZ-MARTINEZ stated that they were waiting for RODRIGUEZ to pick them up at a parking lot in McAllen, Texas.  She further stated that she was told to get into the cargo area of the vehicle by RODRIGUEZ.  LOPEZ-MARTINEZ also claims that there was an additional female in the vehicle when she was told to hide in the cargo area.  She also stated that she was unaware of where she was going.